Commonwealth *v.* Barth, Appellant.

Argued November 13, 1967. *Thomas W. Henderson,* Assistant Defender, with him *Daniel T. Zamos,* Assistant Defender, and *George H. Ross,* Defender, for appellant; *Edwin J. Martin,* Assistant District Attorney, with him *Charles B. Watkins,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WRIGHT, J., took no part in the consideration or decision of this case.

Commonwealth *v.* Blose, Appellant.

Submitted November 13, 1967. *Glenn L. Blose,* appellant, in propria persona; no argument was made nor brief submitted for appellee.

Order affirmed.

Commonwealth *v.* Bradybaugh, Appellant.

Submitted November 13, 1967. *LeRoy E. Bradybaugh,* appellant, in propria persona; *William F. Potter,* District Attorney, for Commonwealth, appellee.

Order affirmed.